**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TERESA JOHNS o/b/o HOWARD JOHNS (deceased),**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-385-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

# ORDER

This case is before the Court on the Complaint filed by Howard M. Johns seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying his claim for social security benefits (Doc. No. 1) filed March 12, 2010. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be affirmed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 29) and Defendant's Response thereto (Doc. No. 31), the Objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.　　That the Report and Recommendation filed August 12, 2011 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.　　The decision of the Commissioner is **AFFIRMED**.

3. The Clerk of the Court is directed to issue a judgment consistent with this Order.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of September, 2011.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge

Counsel of Record